IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| HARLEY BRITT BRASWELL, #568885 | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv149 |
| UNKNOWN EMPLOYEES AT LAMAR COUNTY JAIL | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the court.  It is therefore

**ORDERED** that the complaint is **DISMISSED** without prejudice at the request of the Plaintiff.  Fed. R. Civ. P. 41(a)(2).  All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 19th day of September, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE